HENRY E. P. SUTTON, Appellant, *v.* GEORGE T. M. DAVIS, as Executor, etc., Impleaded, Respondent.

*Attachment — reference.*

Before an attachment can issue against a party for a failure to comply with a judgment or order of the court, what he can properly be required to do must be distinctly settled and ascertained. This may either be done by the court itself, on the hearing of the application for the attachment, or a reference may be ordered for that purpose.

*People* v. *Alexander* (10 S. C. [3 Hun], 211); *Matter of Bohm* (11 S. C. [4 Hun], 558) followed.

Appeal from an order denying a motion for an attachment, and ordering a reference to ascertain the amount due from the defendant.

*A. J. Requier*, for appellant.    *Moses Ely*, for respondent.

Opinion by Daniels, J.    Davis, P. J., and Brady, J., concurred.

Order affirmed, with ten dollars costs and disbursements.